**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT OWENSBORO**
**CIVIL ACTION NO. 1:08CV-00015-JHM**

**MATTHEW M. JACKSON**                                                                  **PETITIONER**

**VS.**

**TOMMY MILLS, Warden**
**and JACK CONWAY, Attorney**
**General for the Commonwealth**
**of Kentucky**                                                                             **RESPONDENTS**

**ORDER**

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Conclusions of Law, no objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Jackson's petition for writ of habeas corpus is DISMISSED without prejudice.

A Certification of Appealability is DENIED.

Copies to:    Petitioner, *pro se*
                 Counsel of Record
                 Magistrate Judge Goebel